ORIGINAL

FILED

OCT 30 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAWCAR GROUP, LLC d/b/a CFI MEDICAL SOLUTIONS, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRACE MEDICAL, INC., a Nevada corporation, PULSE MEDICAL, INC., a Georgia corporation, J. RANDALL PITTMAN d/b/a PREFERRED MEDICAL PRODUCTS, a Tennessee sole proprietorship, and PREFERRED MEDICAL PRODUCTS, LLC, a Tennessee company,<br><br>Defendants. | Case No. 13-cv-01105-H-BLM<br><br>**JURY VERDICT** |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

1. What is the total dollar amount of damages that CFI has proved by a preponderance of the evidence that CFI is entitled to receive from Defendants as a reasonable royalty for infringement of the '549 and the '637 patents?

$ __315,000__

2. Has CFI proven by clear and convincing evidence that J. Randall Pittman d/b/a Preferred Medical Products knew, or should have known, that its actions constituted an unjustifiable high risk of infringement of a valid and enforceable patent?

Yes __✓__   No ____

3. Has CFI proven by clear and convincing evidence that Preferred Medical Products, LLC knew, or should have known, that its actions constituted an unjustifiable high risk of infringement of a valid and enforceable patent?

Yes __✓__   No ____

4. Has CFI proven by clear and convincing evidence that Grace Medical, Inc. knew, or should have known, that its actions constituted an unjustifiable high risk of infringement of a valid and enforceable patent?

Yes __✓__   No ____

5. Has CFI proven by clear and convincing evidence that Pulse Medical, Inc. knew, or should have known, that its actions constituted an unjustifiable high risk of infringement of a valid and enforceable patent?

Yes ✓     No ____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Bailiff that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Dated: 10/30/2014
San Diego, CA

_Brett MacLaren_
PRESIDING JUROR

3