Frank A. Angileri (MI BAR No. P45611)
fangileri@brookskushman.com
Thomas W. Cunningham (MI Bar No. P57899)
tcunningham@brookskushman.com
Rebecca J. Cantor (MI Bar No. P76826)
rcantor@brookskushman.com
William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
Rolando J. Tong (SBN 216836)
rtong@brookskushman.com
**BROOKS KUSHMAN P.C.**
1000 Town Center, 22nd Floor
Southfield, MI 48075
248.358.4400
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAWCAR GROUP, LLC d/b/a CFI MEDICAL SOLUTIONS, a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>GRACE MEDICAL, INC., a Nevada corporation, PULSE MEDICAL, INC., a Georgia corporation, J. RANDALL PITTMAN d/b/a PREFERRED MEDICAL PRODUCTS, a Tennessee sole proprietorship, PREFERRED MEDICAL PRODUCTS, LLC, a Tennessee company,<br><br>Defendants. | Case No. 13-CV-01105-H-BLM<br><br>Hon. Judge Marilyn L. Huff<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

JOINT MOTION FOR DISMISSAL

ACTIVE 28755977v1 03/10/2015

PLEASE TAKE NOTICE that Plaintiff Rawcar Group, LLC d/b/a CFI Medical Solutions ("Rawcar") , and Defendants Grace Medical, Inc., Pulse Medical Inc., J. Randall Pittman d/b/a Preferred Medical Products, and Preferred Medical Products, LLC, by and through their respective counsel, in accordance with the parties' Settlement Agreement effective as of January 28, 2015 ("Agreement"), hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) to dismiss with prejudice Rawcar's amended complaint and Defendants' counterclaims, each party to bear its own attorneys' fees, costs and expenses and that as a result of the stipulation, the parties need not comply with the briefing deadlines or attend the hearings referenced in the Court's Order of December 17, 2014 (ECF No. 253).

Respectfully submitted,

Dated:  March 10, 2015

By:  /s/Thomas W. Cunningham
    Thomas Cunningham

Counsel for Plaintiffs

By:  /s/ Joseph F. Posillico by permission
    Joseph F. Posillico

Counsel for Defendants

JOINT MOTION FOR DISMISSAL
1

ACTIVE 28755977v1 03/10/2015