1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **SOUTHERN DISTRICT OF CALIFORNIA**

9

10 RAWCAR GROUP, LLC d/b/a CFI
MEDICAL SOLUTIONS, a Michigan

11 corporation,

12                                    Plaintiff,

13           vs.

14 GRACE MEDICAL, INC., a Nevada
corporation, PULSE MEDICAL, INC.,

15 a Georgia corporation, J. RANDALL
PITTMAN d/b/a PREFERRED

16 MEDICAL PRODUCTS, a Tennessee
sole proprietorship, PREFERRED

17 MEDICAL PRODUCTS, LLC, a
Tennessee company,

18
                                    Defendants.

19

CASE NO. 13-cv-1105 H (BLM)

**ORDER GRANTING JOINT
MOTION TO DISMISS WITH
PREJUDICE**

[Doc. No. 264]

20      On January 8, 2015, the magistrate judge conducted a settlement conference

21 and the case settled. (Doc. No. 259.)  On March 10, 2015, the parties filed a joint

22 motion to dismiss the action with prejudice.  (Doc. No. 264.)  The Court, for good

23 cause shown, grants the parties' joint motion and dismisses the action with

24 prejudice.  Fed. R. Civ. P. 41(a).

25 / / /

26 / / /

27 / / /

28 / / /

1       The Court further orders that the parties will bear their own costs, expenses,

2 and attorneys' fees associated with the prosecution and defense of this action. The

3 Court directs the clerk to close this case.

4       **IT IS SO ORDERED**.

5 DATED: March 10, 2015

6

7       MARILYN L. HUFF, District Judge
      UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13cv1105